CHARLOTTE L. FOX, Appellant, *v.* THE EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LIMITED, OF LONDON, ENGLAND, Respondent.

HENRY J. FOX, Appellant, *v.* THE EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LIMITED, OF LONDON, ENGLAND, Respondent.

(Argued April 25, 1935; decided May 21, 1935.)

*Benjamn E. Shove* for appellants.

*H. Duane Bruce* for respondent.

In each case, judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.